**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**HOWARD HAYS**                                                                      **PLAINTIFF**

**V.**                                                                  **NO. 4:15CV51-DMB-DAS**

**BYRON GRANDERSON, ET AL.**                                           **DEFENDANTS**

## ORDER OF RECUSAL

The above-styled and numbered case was assigned to the undersigned, United States District Judge Debra M. Brown, on April 29, 2015. Judge Brown, on her own motion, hereby **RECUSES** herself from this case. The Clerk of the Court is directed to transfer and re-assign this case to another district court judge.

**SO ORDERED**, this 7th day of June, 2016.

                                                                       **/s/ Debra M. Brown**
                                                                       **UNITED STATES DISTRICT JUDGE**